UNITED STATES of America,
Plaintiff–Appellee,

v.

Preston Cornelius EVERETT, a/k/a
P, Defendant–Appellant.

No. 16-6491

United States Court of Appeals,
Fourth Circuit.

Submitted: August 25, 2016

Decided: August 30, 2016

Preston Cornelius Everett, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Preston Cornelius Everett appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Everett, No. 1:05–cr–00019–LMB–1 (E.D. Va. Mar. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED